UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



FREDRICK WILSON (#119963)

VERSUS

EAST BATON ROUGE
PARISH PRISON, ET AL

CIVIL ACTION

NO. 09-73-C

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated February 25, 2009. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiff's complaint will be dismissed for lack of subject matter jurisdiction.

Baton Rouge, Louisiana, May 27, 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA